YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
S. DESMOND JUI (SBN 262200)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: (213) 894-3551 | F: (213) 894-7819
    E-mail: sheng-wen.jui@usdoj.gov
JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTELLE KLOVERS
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    T: 202.305.3656 | F: 202.616.3085
    Email: christelle.klovers@usdoj.gov

Attorneys for the United States of America

**FILED**
CLERK, U.S. DISTRICT COURT
MAR 20, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____JG_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff(s),<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant(s). | No. CV 20-7217 GW (AGRx)<br><br>**SEALED DOCUMENT**<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
S. DESMOND JUI (SBN 262200)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: (213) 894-3551 | F: (213) 894-7819
    E-mail: sheng-wen.jui@usdoj.gov
JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTELLE KLOVERS
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    T: 202.305.3656 | F: 202.616.3085
    Email: christelle.klovers@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* URBAN GLOBAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STRUXTUR, INC; EVOLUTIONS FLOORING INC.; NEWSPACE INC.; MENGYA LIN aka MENGYA YA LIN aka MENGYA LIN QIAN aka MINGWEN LIN aka JEANETTE LAM; JIN QIAN aka JIM QIAN aka JIN QUIAN; and JOHN DOES NOS. 1-10,<br><br>Defendants. | No. CV 20-7217 GW (AGRx)<br><br>NOTICE OF ELECTION BY UNITED STATES TO INTERVENE IN PART FOR PURPOSE OF SETTLEMENT AND TO DECLINE IN PART<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) [PROPOSED] ORDER RE: UNSEALING OF CASE] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (b)(4)(A) and (B), the United States of America ("United States" or "the Government") respectfully notifies the Court of its decision to intervene in part of the above-captioned action ("this action") for the purpose of effectuating settlement, and to decline to intervene in part of this action, as delineated below.

In this action brought under the *qui tam* provisions of the False Claims Act ("FCA"), 31 U.S.C. §§ 3729-33, the United States, plaintiff and relator Urban Global, LLC ("Relator" or "Urban Global"), and defendants Evolutions Flooring Inc., Mengya Lin, and Jin Qian (together, "the Settling Defendants") have entered into a written settlement agreement dated March 18, 2025 ("the Settlement Agreement").

Pursuant to 31 U.S.C. § 3730(b)(2) and (4)(A), the United States hereby elects to intervene in part in this action as to the Settling Defendants with respect to claims for "Covered Conduct" as defined in the Settlement Agreement. The Settlement Agreement requires the Settling Defendants to make an initial payment to the United States within ten days of the effective date of the agreement, and to make additional payments with interest over a five-year period in accordance with a payment schedule.

Pursuant to 31 U.S.C. § 3730(b)(4)(B), the United States declines to intervene as to the Settling Defendants with respect to all other claims apart from claims for Covered Conduct. The United States further declines to intervene in whole as to all other defendants.

Upon receipt of the initial payment, the United States and Relator will file a Rule 41(a) voluntary dismissal of this action. The dismissal will be pursuant to and consistent with the terms and conditions of the Settlement Agreement, and with prejudice to the United States only as to the Settling Defendants.

The United States respectfully requests that the Complaint, this Notice, and the accompanying proposed Order be unsealed. The United States further requests that all other papers filed or lodged to date in this action remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing

Case 2:20-cv-07217-GW-AGR   Document 51   Filed 03/20/25   Page 4 of 5   Page ID #:351

the content and extent of the Government's investigation, and, thereby, evaluating whether the seal and time for making an election decision should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: March 19, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTELLE KLOVERS
Attorneys, Civil Division
United States Department of Justice

/s/ S. Desmond Jui
S. DESMOND JUI
Assistant United States Attorney

*Attorneys for the United States of America*

3   ELECTION NTC

**PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012:

On March 19, 2025, I served the NOTICE OF ELECTION BY UNITED STATES TO INTERVENE IN PART FOR PURPOSE OF SETTLEMENT AND TO DECLINE IN PART on each person or entity named below by email pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Date of emailing: March 19, 2025. Place of emailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom emailed:

Robert W. Snyder
Laura A. Moya
Law Offices of Robert W. Snyder
6 Morgan, Suite 114
Irvine, CA 92618
Telephone: (949) 453-8688
rsnyder@rwsnyderlaw.com
lmoya@rwsnyderlaw.com

*Attorneys for Relator*

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2025, at Los Angeles, California.

/s/ *S. Desmond Jui*
S. DESMOND JUI