| | |
|---|---|
| 1 | YAAKOV M. ROTH |
| | Acting Assistant Attorney General |
| 2 | Civil Division |
| | JOSEPH T. MCNALLY |
| 3 | Acting United States Attorney |
| | DAVID M. HARRIS |
| 4 | Assistant United States Attorney |
| | Chief, Civil Division |
| 5 | JACK D. ROSS |
| | Assistant United States Attorney |
| 6 | Chief, Civil Fraud Section |
| | S. DESMOND JUI (SBN 262200) |
| 7 | Assistant United States Attorney |
| |     Room 7516, Federal Building |
| 8 |     300 N. Los Angeles Street |
| |     Los Angeles, California 90012 |
| 9 |     T: (213) 894-3551 | F: (213) 894-7819 |
| |     E-mail: sheng-wen.jui@usdoj.gov |
| 10 | JAMIE ANN YAVELBERG |
| | COLIN M. HUNTLEY |
| 11 | CHRISTELLE KLOVERS |
| | Attorneys, Civil Division |
| 12 | United States Department of Justice |
| |     P.O. Box 261, Ben Franklin Station |
| 13 |     Washington, D.C. 20044 |
| |     T: 202.305.3656 | F: 202.616.3085 |
| 14 |     Email: christelle.klovers@usdoj.gov |
| 15 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* URBAN GLOBAL, LLC, | No. CV 20-7217 GW (AGRx) |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL** |
| v. | Hon. George H. Wu |
| STRUXTUR, INC; EVOLUTIONS FLOORING INC.; NEWSPACE INC.; MENGYA LIN aka MENGYA YA LIN aka MENGYA LIN QIAN aka MINGWEN LIN aka JEANETTE LAM; JIN QIAN aka JIM QIAN aka JIN QUIAN; and JOHN DOES NOS. 1-10, | |
| Defendants. | |

1                                                                     DISMISSAL NTC

1 | Having entered into a Settlement Agreement ("the Agreement") between the
2 | United States of America ("the United States") and Urban Global, LLC ("Relator") on
3 | one hand, and Defendants Evolutions Flooring Inc., Mengya Lin, and Jin Qian on the
4 | other hand (together, "the Settling Defendants") (hereafter collectively referred to herein
5 | as "the Parties"), and in accordance with the terms and conditions of the Agreement and
6 | pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False
7 | Claims Act ("FCA"), 31 U.S.C. § 3730(b)(1), the United States and Relator, through
8 | their undersigned counsel, hereby stipulate to the entry of an order in the above-
9 | captioned action ("the Civil Action"), as follows:

1. The Civil Action is being dismissed pursuant to the terms of the Agreement;
2. The dismissal shall be with prejudice to Relator;
3. The dismissal shall be with prejudice to the United States only as to the Settling Defendants for the Covered Conduct defined in the Agreement and without prejudice to the United States as to all other claims and defendants; and,
4. As agreed by the Parties in the Agreement, the Court retains jurisdiction as necessary to enforce the terms and conditions of the Agreement.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: March 25, 2025

/s/ *Robert W. Snyder*
Robert W. Snyder
Laura A. Moya
LAW OFFICES OF ROBERT W. SNYDER
6 Morgan, Suite 114
Irvine, CA 92618
Telephone: (949) 453-8688
E-mail(s):   rsnyder@rwsnyderlaw.com
             lmoya@rwsnyderlaw.com

*Attorneys for Relator*

| | |
|---|---|
| Dated: March 25, 2025 | YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division<br>JOSPEH T. MCNALLY<br>Acting United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JACK D. ROSS<br>Assistant United States Attorney<br>Chief, Civil Fraud Section<br>JAMIE ANN YAVELBERG<br>COLIN M. HUNTLEY<br>CHRISTELLE KLOVERS<br>Attorneys, Civil Division<br>United States Department of Justice<br><br>/s/ *S. Desmond Jui*<br>S. DESMOND JUI<br>Assistant United States Attorney<br><br>*Attorneys for the United States of America* |

**CONSENT OF UNITED STATES TO DISMISSAL**

Pursuant to the terms of the Agreement, Relator is dismissing the action in its entirety. Thus, in the interests of justice and pursuant to 31 U.S.C. § 3730(b)(1), the Attorney General of the United States, through the undersigned attorney, hereby consents to such dismissal so long as it is on the following terms:

1. Dismissal of this Action against the Settling Defendants is with prejudice to the United States as to the Covered Conduct described in the Agreement;

2. Dismissal of this Action is without prejudice to the United States as to all other claims against the Settling Defendants;

3. Dismissal of this Action against all other defendants is without prejudice to the United States; and

4. Dismissal of this Action against all defendants is with prejudice to Relator.

Dated: March 25, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS
Assistant United States Attorney
Chief, Civil Fraud Section
JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTELLE KLOVERS
Attorneys, Civil Division
United States Department of Justice

/s/ *S. Desmond Jui*
S. DESMOND JUI
Assistant United States Attorney

*Attorneys for the United States of America*

**PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012:

On March 25, 2025, I served the JOINT STIPULATION OF DISMISSAL on each person or entity named below by email pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Date of emailing: March 25, 2025. Place of emailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom emailed:

Robert W. Snyder
Laura A. Moya
Law Offices of Robert W. Snyder
6 Morgan, Suite 114
Irvine, CA 92618
Telephone: (949) 453-8688
rsnyder@rwsnyderlaw.com
lmoya@rwsnyderlaw.com

*Attorneys for Relator*

Patrick F. Linehan
Steptoe LLP
1330 Connecticut Avenue NW
Washington, DC 20036
plinehan@steptoe.com

*Attorneys for Defendants*

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2025, at Los Angeles, California.

/s/ *S. Desmond Jui*
S. DESMOND JUI