**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. URBAN GLOBAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STRUXTUR, INC; EVOLUTIONS FLOORING INC.; NEWSPACE INC.; MENGYA LIN aka MENGYA YA LIN aka MENGYA LIN QIAN aka MINGWEN LIN aka JEANETTE LAM; JIN QIAN aka JIM QIAN aka JIN QUIAN; and JOHN DOES NOS. 1-10,<br><br>Defendants. | No. CV 20-7217-GW-AGRx<br><br>**ORDER OF DISMISSAL**<br><br>Hon. George H. Wu |

Having received the parties' Joint Stipulation of Dismissal and the Consent to Dismissal of the United States, which includes a request by the parties for the Court to retain jurisdiction to enforce their settlement agreement ("Agreement"),

IT IS ORDERED THAT:

1. Pursuant to Federal Rule of Civil Procedure 41(a), this action is dismissed with prejudice as to Relator for all claims against all defendants, pursuant to and consistent with the terms and conditions of the Agreement;

2. Pursuant to and consistent with the terms and conditions of the Agreement, this action is dismissed with prejudice as to the United States only as to claims for the Covered Conduct, as defined in the Agreement, and as to Evolutions Flooring, Inc., Mengya Lin, and Jin Qian ("the Settling Defendants");

3. This action is dismissed without prejudice as to the United States as to all other claims against the Settling Defendants, pursuant to and consistent with the terms and conditions of the Agreement;

4. This action is dismissed without prejudice as to the United States for all claims asserted against defendants other than the Settling Defendants; and

5. The Court retains jurisdiction to enforce the Agreement.

IT IS SO ORDERED.

Dated: March 25, 2025

_____
HON. GEORGE H. WU,
United States District Judge

2